IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 1 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| EMILIO H. CHAVEZ, JR., | § | |
| A.K.A. | § | |
| D/B/A CHAVEZ TRANSPORTATION, LTD., | § | |
| A.K.A. | § | |
| D/B/A LAS TROCA NEGRAS DE MEXICO, | § | |
| TDCJ-CID # 1369270 | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:06-CV-0234 |
| | § | |
| JENNY GLOBAL, LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Plaintiff EMILIO H. CHAVEZ, JR., also known as doing business as CHAVEZ

TRANSPORTATION, LTD., also known as doing business as LAS TROCA NEGRAS DE

MEXICO, acting pro se and while a prisoner confined in the Texas Department of Criminal

Justice, Correctional Institutions Division, filed suit pursuant to Title 42, United States Code,

section 1983 complaining against the above-named defendant and was granted permission to

proceed *in forma pauperis*.

On March 13, 2008, a Report and Recommendation was issued by the United States

Magistrate Judge recommending dismissal of the instant cause without prejudice for want of

jurisdiction.

The period for response has expired, and no objections have been filed by plaintiff.

The Court has made an independent examination of the records in this case and has

examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that

the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that the Civil Rights Complaint by plaintiff EMILIO H. CHAVEZ, JR., also known as doing business as CHAVEZ TRANSPORTATION, LTD., also known as doing business as LAS TROCA NEGRAS DE MEXICO, is DISMISSED WITHOUT PREJUDICE FOR WANT OF JURISDICTION.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Any pending motions are DENIED.

The Clerk shall send a copy of this Order to plaintiff and to any attorney of record.

IT IS SO ORDERED.

ENTERED this _____ 11th _____ day of June, 2008.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE